# MARITIME EXPERT WITNESS REPORT

**In the matter of:**

**Kevin J. Rhodes**

**Vs.**

**Genesis Marine, et al**

**Prepared by:**

**John A. Tylawsky, P.E.**

**Prepared for:**

**Matthew D. Shaffer, Esquire**

**SCHECHTER, MCELWEE, SHAFFER & HARRIS, L.L.P.**

**3200 Travis Street, 3rd Floor**

**Houston, Texas 77006**



EXHIBIT 4

# TABLE OF CONTENTS

**Section** **Page**


1. **Introduction Statement of Facts and Preliminary Opinion Summary.........................................3**
2. **Expert's Qualifications.........................................10**
3. **Expert's declaration.........................................21**

## Section 1- Introduction, Statement of Facts and Preliminary Opinion Summary

This case involves injuries sustained by Kevin Rhodes, a marine electrician, on June 23, 2017 while employed by Complete Marine Services, L.L.P., while he was aboard the barge Genesis 11103 at Bollinger Shipyards and while installing a ballast water treatment system.

On June 23, 2017, Mr. Rhodes was running electrical cables for the ballast water treatment system. The system was to be located below a deck platform consisting on metal grating. In order to access the work area, Mr. Rhodes was required to descend a ladder. The access opening to the ladder consisted on a portable metal grating section that was supported adjacent metal angle clips. The portable grating was not hinged and access to the area below required the grating to be removed and then replaced once the person had descended the ladder. It was during the time that Mr. Rhodes had descended the ladder and was attempting to replace the grating overhead that it snagged on a welding cable, tilted and fell causing Mr. Rhodes to fall into the bilge below.



This photograph shows the incident access opening and vertical ladder.



This photograph shows the incident portable grating section.



Hinged style access opening



Another example of a hinged access cover.



An example of a portable safety railing.



Another example of a portable safety railing.

In the opinion of the undersigned, within a reasonable degree of engineering certainty:

1. The incident access opening was defective and rendered the vessel unfit for service;
2. The lack of a hinged access cover unreasonably dangerous and rendered the vessel unfit for service;
3. The alternative lack of an portable guard railing in lieu of a hinged cover was unreasonably dangerous and rendered the vessel unfit for service;
4. That the lack of a hinged access cover was in violation of:

   "Guarded by hinged floor opening cover equipped with standard railings or permanently attached 29 CFR §1910.23(a)(3)".

5. That the alternative lack of a guard railing is in violation of:
   "Covers and guardrails – Shall be provided to protect workers from the hazards of open pits, tanks, vats, ditches, etc. 29 CFR §1910.22(c)".

6. That the welding leads and/or wires in way of the access created non-orderly walking/working surface in violation of : 29CFR 1910.22 (a) (1), "All places of employment, passageways, storerooms, service rooms, and walking-working surfaces are kept in a clean, orderly, and sanitary condition."

**DOCUMENTATION REVIEWED:**

In addition to my inspection of the subject vessel on December 17, 2018, I have reviewed the Plaintiff's original complaint.

## Section 2- Expert's Qualifications

### CREDENTIALS

A copy of my professional curriculum vitae is incorporated herein, and my particular qualifications to render the foregoing opinions are as follows:

1) I hold a Bachelor of Engineering degree. Engineering is the profession in which the knowledge of the mathematical and natural sciences gained by study, experience and practice is applied with judgement to solve practical problems.

2) I am a licensed Professional Engineer in the states of Rhode Island and a retired Professional Engineer in the states of New York, New Hampshire and Connecticut. A Professional Engineer must be a graduate of an engineering program accredited by the Accreditation Board for Engineering and Technology, pass the "Fundamentals of Engineering" exam, gain 4 years experience working under a Professional Engineer and pass the "Principals and Practices of Engineering" exam.

3) I am a board-certified Forensic Engineer. A board-certified Forensic Engineer is qualified with the National Academy of Forensic Engineers, a charter affinity group of the National Society of Professional Engineers. Candidates must be Licensed Professional Engineers, hold appropriate membership in national engineering technical societies, provide written evidence of forensic engineering experience and provide written references from attorneys, claims managers and Academy members, all of which is subject to peer review and approval. Forensic Engineering is the application

of the art and science of engineering in matters, which are in, or may possibly relate to the jurisprudence system, inclusive of alternative dispute resolution.

4) I hold a lifetime membership in the Society of Naval Architects and Marine Engineers and have participated and currently participate in Technical & Research Panel activities involving, among other things, industrial shipyard safety. I currently Chair the T&R Panel on Shipyard Productivity. I was a member of the Fishing System Panel, which prepared a final report on fishing vessel safety that was substantially incorporated into the "Fishing Vessel Safety Act".

5) I am a retired member of the American Society of Safety Engineers. The American Society of Safety Engineers conducts research and disseminates information to its members concerning industrial hygiene and toxicology, design of engineering hazard controls, fire protection, ergonomics, system and process safety, safety and health program management, accident investigation and analysis, product safety, construction safety, education and training methods, measurement of safety performance, human behavior, environmental safety and health, and safety, health and environmental laws, regulations and standards.

6) I have spent 42 years in the continuous practice of engineering including the design, construction and operation of marine facilities, including docks, and have been engaged in the private professional practice of engineering since 1984.

Some examples of my practical experience, which bear on the opinions expressed in this report, are as follows:

1) Consulting engineer and Owner's representative for the construction conversion and repair of vessels, including inspected vessels.

2) Former safety director and safety consultant to a marine transportaion concern.

3) Safety consultant to insurance underwriters on matters involving safe marine practices aboard all types of vessels, including inspected vessels.

4) Forensic engineer carrying-out independent research on marine accident prevention.

5) Forensic engineer providing expert engineering analysis in the area of marine accident analysis.

6) Over the previous 26 years of independent professional practice I have completed in excess of six hundred (600) engineering investigations of industrial related accidents and casualties that required the application of engineering principals in the jurisprudence system.

# CURRICULUM VITAE

John A. Tylawsky, P.E.
Consulting Marine Forensic Engineer
4240 Old Post Road, P.O. Box 103
Charlestown, Rhode Island 02813
917-991-7401
johntylawsky@gmail.com

**2018**

***Curriculum Vitae***
Of

*John A. Tylawsky, P.E.*

## Marine Engineer

**Practice Areas:** Marine safety engineering involving marine structures and vessels of all types. Shipyard/ boat yard/marina operations, industrial rigging, industrial machinery, shipyard/ boat yard/ marina safety. Shipbuilding, boat building, yacht building. Maritime waterfront construction (piers, docks, wharfs). Maritime accident investigations. Maritime personal injury investigations. Collisions, allisions, fire, explosions, grounding, sinkings, capsizing. Fire protection standards relating to the repair and construction of vessels. Vessel operations, oil spills, safety, navigation, prudent seamanship, rules and regulations, standard of care.

**Licenses:**
Professional Engineer, State of Connecticut, retired
Professional Engineer, State of New York, retired
Professional Engineer, State of New Hampshire, retired
Professional Engineer, State of Rhode Island
Board Certified Forensic Engineer, National Society of Professional Engineers

**Education:**
State University of New York Maritime College,
Fort Schuyler, New York, Bachelor of Engineering (marine)
1976

**Continuing Education:**

U.S. Navy Fire fighting School, 1975
Certified Advanced SCUBA w/ underwater night navigation, 1992
U.S. Navy Damage Control School, 1975
Certified Red Cross Lifeguard, 1972
Small Boat Handling, USCG Able-bodied Seaman, 1973
HAZMAT (Hazardous Materials) Training, 1994
Ship Repair & Maintenance (seminar series) , 1983
George Washington University, Washington, D.C., coursework in engineering project management and construction project scheduling, 1977
Sperry-Vickers Hydraulics Training Institute, Detroit, Mi., marine and land-based hydraulic machinery engineering, 1978
World Trade Institute, One World Trade Center, New York, N.Y., coursework in admiralty law and marine hull insurance, 1979
Deep Foundations Institute, Berlin, Connecticut, professional development seminar on marine pile engineering, 2002
Dynamics and Vibration of Marine Vessels, Design of Ocean Systems, Marine Hydrodynamics, Maneuvering and Control, Logistics and Transportation Planning, MIT, Cambridge, Massachusetts, 2002/3
Financial Engineering, Capital Markets, Risk Management, Corporate Strategic Planning, MIT Sloan, Cambridge, Massachusetts, 2003
Ethical Considerations for the Expert Witness, NSPE, 2003

**Memberships:**

Life membership, Society of Naval Architects and Marine Engineers (SNAME) (Peer review of professional experience and education required for membership)
Chair, SNAME SC-6 panel "Shipyard Productivity"
Member, SNAME "Ship Repair & Conversion" panel
Member, SNAME "Professional Engineering Registration" panel
Past Member (panel dissolved after completion of report) SNAME, "Fishing Systems" (note: the "Fishing Systems" panel final report was substantially incorporated into the "Federal Fishing Vessel Safety Act")
Member, National Society of Professional Engineers (Peer review of professional experience and education required for membership)
Member, National Academy of Forensic Engineers (Peer review of professional experience and education required for membership)

**Biography:**

Third generation to make a career in the maritime industry. Experienced with designing, building and operating vessels of all sizes, ranging from small hand built wood pleasure boats to shipyard built ocean going commercial vessels. Also experienced in maritime waterfront construction and shipyard layout, design and operations. Owned and operated construction equipment including hydraulic cranes, excavators, bulldozers, welding equipment, shears and other industrial machinery.
Designed, built and currently operate two shipyards involved in the repair, overhaul, modification and construction of commercial steel welded steel vessels. Competitive yacht sailor, designer and builder for personal use.

**Work Experience:**

Intern-engineer, U.S. Navy Military Sealift Command 1976-1977,
Ship's Engineering Officer, U.S. Merchant Marines 1977-1979,
Marine Surveyor, United States Salvage Association 1979-1982,
Safety Director/Chief Engineer/Marine Superintendent,
Buchanan Marine, L.P., as consultant 1986-1993, as employee 1993-1995 and currently as consultant to the C.E.O.
Consulting Engineer in private practice, 1982-present

**Publications:**

SNAME panel published paper "Fishing Vessel Stability Limits" (this final report was substantially incorporated into the "Fishing Vessel Safety Act")

"In-situ Stability Measurement of Fishing Vessels", presented to a USCG sponsored conference on fishing vessel safety.

"Microbial Degradation of Lubricating Oil", privately published

"Small Vessel Stability- What's the Problem?" privately published

"What is Buoyancy?", Charter school lecture

**Areas of Specialization:**

Marine Damage Surveys

Engineering investigations and surveys to ascertain the cause, the nature and extent and the recommended repair of damages to ships, tugs, barges, docks, piers, bulkheads and other marine structures. Provide scientifically based reports and expert testimony.

Collisions-at-sea

Analysis and opinion in collision/allision allegations pertaining to speed of advance/angle of blow. Application and applicability of the Minorsky energy methods.

Vessel Capsizings and Sinkings

Forensic intact and damaged stability analysis of floating vessel's stability and ability to withstand hull damage with resultant flooding. Analysis of storm and external loads on stability in both the intact and damaged condition. Wind loads, ice loads, grounding loads, passenger loads and other forces that could upset the vessel's stability.

Construction Accidents

Floating and shoreside crane and derrick set-up and operations, crane foundation analysis, ground conditions, outrigger loads, crawler crane pad loads. The effect of weather and sea conditions on crane operations.

Rigging and hoisting operations, overhead hoists, personnel/material hoists, rigging rollers, wire rope and slings. Engineering analysis, vector analysis, strength analysis, suitability for both shoreside and marine environments.

Scaffolding, swinging and suspended scaffolds, engineering analysis of structural failures, foundations, wind loads. Selection and erection of scaffolds.
Shipyard/boatyard/marina operations. Construction, repair and overhaul of vessels of all types. Standard of care relating to maintaining a safe work place. Hazardous materials, fire protection and toxic torts. Fire protection of vessels during construction, repair and lay-up. Facility layout and design.

Personal Injury

Engineering analysis of personal injury claims involving rotating machinery, rigging, vessel operations, blocks, ropes, ladders, gangways, welding grinding, steel fabrication, scaffolding, cranes, prudent seamanship, shipyard operations.

Engineering analysis of recreational swimming and boating accidents. Dynamic stability and forces in planning boat hulls, hydrodynamic forces in rivers and channels. Fluid flow around natural and manmade structures. Hydraulic modeling, velocity profiles, in-situ testing, analysis and opinion.

Engineering Analysis of Marine Products Liability/ Toxic Torts

Engineering analysis of negligence, strict liability based on warnings and defective design, concealment, strict liability based on abnormally dangerous/ultra hazardous activities. Bulk suppliers, marine bulk cement carriers, marine quarry loading docks, operations/warnings, regulations/practices, historical and present day operations.

Engineering Analysis of Environmental Liability/ Toxic Torts

Engineering analysis of vessels/facilities, oil spill investigations (technical analysis of chromatography results), marine sanitation devices, shipyard operations, silica based abrasive blasting, painting operations, underground storage tanks, waste disposal, US Navy and commercial practices, historical/present day regulations and practices.

C.A.S.E. "Court Appointed Scientific Expert"

Admitted to the National Academy of Forensic Engineers a charted affinity group of the National Society of Professional Engineers, through peer review of my credentials. Members of the Academy are pre-qualified to act as "CASE" experts under an agreement between NAFE and the judiciary.

## REMUNERATION

*I will bill my clients for time expended in this matter at the rate of $250.00 per hour and at the rate of $350.00 per hour for time spent providing sworn testimony.*

**PRIOR TESTIMONY**

Lisa Brown vs. Hampton River Marina
William G. Scott, Esq.
2015

Tri vs. OMSI
Michael Stehle, Esq.
2013

Starr Indemnity & Liability Co., et al vs. Continental Cement Co., et al
Matthew J.Reh, Esq.
2011

Norman vs. Canaveral Port Authority
Rod Sullivan, Esq.
2010

Bracone v. Bridgeport & Port Jefferson Steamship Co.
Kevin Lennon, Esq. & Patrick Lennon, Esq.
2009

Simons vs. Cemex
Jeff Bloomfield, Esq.
2008

Travellers. a/s/o/ Cary Mogell vs. Clarks Landing Marina
Daniel Brown, Esq.
2008

Serbanic vs. Schaeffer's Canal House
Eric Persian, Esq.
2008

Rofail vs. United States
Paul Hofmann, Esq.
2008

Lise Dupont
Hofmann Associates
2008

Wareham Steamship vs. Damian Associates
James Keane, Esq.
2007

Wade v. U.S.
Rod Sullivan, Esq.
2006

LESCO v. Warrenton River Terminals
Michael J. Garvin
2006

Northern Voyager v. Thames Shipyard
Cetrulo & Capone
2005

Gulasky v. Ingram
Goodwin, Morris Laurenzi Bloomfield
2005

Sweeney v. City of New York
Cappiello Hofmann & Katz
2004

Briggs vs. Boston Towing & Transportation
David Smith, Esq.
2004

Clark v. Anchor Navigation, et al
Sullivan & Boyd
2004

Palmer Johnson v. Hussey, Gay, Bell & Deyoung
Savage, Turner, Pinson & Karsman
2004

Rolofsky v. J.P.'s
Tonino Saco, P.C.
2003

Garcia v. Astoria Metals, et al
Cozen O'Connor
2003

Tucker v. Buchanan Marine

Kutak Rock
2003

Garner v. City of New York
Coffinas & Coffinas
2002

**EXPERT'S DECLARATION**

This report is based upon the available information at this time, including my inspection of the vessel, statements, records and the photographs taken. If more information becomes available at a later date an additional report may be requested. Such information may, or may not change the opinions rendered in this report.

My opinions are based upon reasonable marine engineering certainty.

I declare under penalty of perjury that insofar as the facts stated in my report are within my own knowledge I have made clear which they are and I believe them to be true, and the opinions I have expressed represent my true and complete professional opinion.

I declare under penalty of perjury that the information contained in this report is true and correct, to the best of my knowledge and belief, except as to information I have received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me, except as may be noted in the report that I believe to be true. I further declare under penalty of perjury that to the best of my knowledge and belief, the contents of this report and bill are true and correct.

Signature: *John A. Tylawsky*

April 4, 2019